**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: MICHELLE ANTOINETTE PITTMAN-JONES

Case Number: 25-53230
Chapter 13
Debtor(s) Judge MARK A. RANDON

________________________________

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_______________________________/

# OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #14)

Debtor(s), by and through their counsel, Acclaim Legal Services, P.L.L.C., objects to the claim of Creditor and state as follows:

1. Debtor filed a Chapter 13 Bankruptcy on December 31, 2025.

2. Creditor, Michigan Department of Treasury, filed a proof of claim on June 24, 2026 (Claim #14).

3. Creditor's claim states there is a priority and unsecured amount owed by debtor for the 2024 income tax year. The priority amount is stated as $1,063.40 with an unsecured amount owed stated at $250.00.

4. Debtor's tax returns for the 2024 tax year reflect a refund owed debtor.

5. As such, the priority and unsecured portion of creditors claim shall be stated as $0.00

Wherefore, Debtor requests the Court grant the objection and modify the claim as set forth in the proposed order.

Respectfully Submitted,

/s/ Brian D. Rodriguez
Brian D. Rodriguez (P57194)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
Filing@acclaimlegalservices.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: MICHELLE ANTOINETTE PITTMAN-JONES

Debtor(s)

Case Number: 25-53230
Chapter 13
Judge MARK A. RANDON

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033

/

**PROPOSED**
**ORDER GRANTING OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARMENT OF TREASURY (CLAIM #14)**

This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a (30) day notice pursuant to Bankruptcy Rule 3007, a Notice of Objection having been served and a certificate of non-response having been filed with the court;

NOW THEREFORE IT IS HEREBY ORDERED THAT;

The objection to the Proof of Claim filed by the above referenced creditor is hereby granted. To the extent that the Standing Chapter 13 Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup the same.

IT IS FURTHER ORDERED AS FOLLOWS: (Only provisions checked below apply)

[X] Creditor's priority and unsecured portion of their claim for the 2024 tax year shall be stated as $0.00.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: MICHELLE ANTOINETTE PITTMAN-JONES

Case Number: 25-53230
Chapter 13
Judge MARK A. RANDON

Debtor(s)
______________________________

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
______________________________/

**NOTICE OF OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY (CLAIM #14)**

Debtor(s), Michelle A. Pittman-Jones**,** has filed an objection to the claim in this bankruptcy case.

Your claim may be reduced, modified or denied. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before October 7, 2026, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position at:

   United States Bankruptcy Court
   211 West Fort Street
   17th Floor
   Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleading electronically.

You must also mail a copy to:

**William D. Johnson**
**Acclaim Legal Services**
**8900 E. 13 Mile Rd.**
**Warren, MI 48093**

**Krispen S. Carroll, Chapter 13 Trustee**
**26999 Central Park, Blvd., Suite 125N**
**Southfield, MI 48076**

**Michelle Antoinette Pittman-Jones**
**5548 Edinborough Drive**
**West Bloomfield, MI 48322**

2. Attend a hearing on the objection, scheduled to be held on October 14, 2026 at 2:00 p.m. in The Honorable Judge Mark A. Randon's Courtroom 1825 at 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.

NOTE: Effective January 1, 2024, Judge Randon will conduct all audio conferences and non-evidentiary hearings by telephone using Microsoft Teams Audio Conferencing. At least five minutes before the scheduled time for hearing, counsel and interested parties should call (202) 503-1666 and use Conference ID 231 911 059#. Landline connections are preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. Under no circumstances should a phone be placed "on hold" during any part of the call.

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: August 27, 2026

/s/ Brian D. Rodriguez
Brian D. Rodriguez (P57194)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
Filing@acclaimlegalservices.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: MICHELLE ANTOINETTE PITTMAN-JONES

Debtor(s)

Case Number: 25-53230
Chapter 13
Judge MARK A. RANDON

_______________________________

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_______________________________/

# PROOF OF SERVICE

Deanna Runde, hereby certifies that on August 27, 2026, she served a time-stamped copy of the following documents electronically or by United States Postal Service:

- Notice of Objection to Claim
- Objection to Proof of Claim
- Proposed Order

Upon:

Krispen S. Carroll, Chapter 13 Trustee - electronically

**Preferred Address Pursuant to Proof of Claim:**

**Michigan Department of Treasury**
**Bankruptcy Unit, P.O. Box 30168**
**Lansing, MI 48909**

Via: First Class Mail

Dated: August 27, 2026

/s/ Deanna Runde
Deanna Runde
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
Filing@acclaimlegalservices.com